ASHLEY MICHEAL IRELAND
3841 LEEDS AVENUE
NORTH CHARLESTON, SOUTH CAROLINA 29405
PHONE#: NA

PLAINTIFF

V.S.

RORY GAMBRELL
4692 SANDERS AVENUE
NORTH CHARLESTON, SOUTH CAROLINA 29405

NORTH CHARLESTON POLICE DEPARTMENT
2500 CITY HALL LANE
NORTH CHARLESTON, SOUTH CAROLINA 29406

SOLICITOR, NINTH JUDICAIL CIRCUIT
101 MEETING STREET, SUITE 400
CHARLESTON, SOUTH CAROLINA 29401

CIVIL ACTION NO.

**FILED**
FEB -2 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:16-cv-00169
Assigned To : Unassigned
Assign. Date : 2/2/2016
Description: Pro Se Gen. Civil

RECEIVED
Mail Room
JAN - 4 2016
Angela D. Caesar, Clerk of Court
District Court, District of Columbia

## COMPLAINT

I WAS ARRESTED AND CHARGED FOR 1ST DEGREE BURGALURY ON DECEMBER 5, 2011, SOLEY ON THE (ALLEGED VICTIMS) RORY GAMBRELL'S FALSE REPORT AGAINST ME, WITH NO FURTHER INVESTIGATION BY NORTH CHARLESTON POLICE. I WAS THEN FALSELY IMPRISONED FOR IT UNTIL SEPTEMBER 17, 2015 WHEN I BONDED OUT ON IT. I WAS RE ARRESTED 8 DAYS AFTER I BONDED OUT, ON SEPTEMBER 25, 2015 ON ANOTHER CHARGE AT WHICH POINT THE BONDSMAN WENT OFF OF MY BOND AND I WAS ONCE AGAIN BEING HELD FALSELY IMPRISONED FOR THE 1ST DEGREE BURGALURY UNTIL OCTOBER OF 2015, WHEN THE SOLICITOR DISMISSED IT. FROM THE TIME OF MY ARREST IN DECEMBER OF 2011 UP TO THE TIME IT WAS DISMISSED OCTOBER OF 2015 (APPROXIMATLY 4 YEARS), DURING THAT TIME I WAS BEING BOUND TO THAT CHARGE SOLEY ON RORY GAMBRELLS INITIAL STATEMENT. HE NEVER SHOWED UP TO ANY COURT DATES NOR MADE ANY ATTEMPT TO KEEP IN TOUCH OR FOLLOW UP WITH THE POLICE OR THE SOLICITOR. FURTHERMORE DURING THAT 4 YEARS THERE WAS NEVER ANY CHANGE OF CIRCUMSTANCES NOR NEW EVIDENCE IN FAVOR OF THE PROSECUTION. I WAS HELD FOR 4 YEARS SOLEY ON THE STATEMENT OF THE ALLEGED VICTIM, WHOM NEVER FOLLOWED UP WITH THE POLICE NOR THE SOLICITOR AFTER THE NIGHT OF MY ARREST, JUST TO HAVE IT DISMISSED WITHOUT BEING AFFORDED A TRIAL. I HAVE LOST EVERYTHING DUE TO THE STRAIN OF MY

4 YEARS OF FALSE IMPRISONMENT AND FAMILY I EFiled to the IMPLICATION OF MY GUILT, BECAUSE OF THE EXCESSIVE AMOUNT OF TIME THAT I WAS HELD ON IT; MY CHARACTER HAS BEEN DEFAMED WITHIN MY COMMUNITY AND AMONGST MY PEERS DUE TO THIS; I HAVE SUFFERED MENTAL ANGUISH, PAIN AND SUFFERING DUE TO THIS; I HAVE BEEN UNABLE TO PROVIDE A QUALITY LIVING FOR MYSELF DUE TO MY INCARCERATION; IV BEEN KEPT FROM BEING ABLE TO GET MY 4 YEAR OLD SON BACK FROM DSS, DUE TO MY INCARCERATION; AND IV BEEN STRIPPED OF MY RIGHT TO LIFE, LIBERTY AND PROPERTY BECAUSE OF THE MALICIOUS PROSECUTION INFLICTED ON ME. I FEEL THAT 4 YEARS OF PRETRIAL FALSE IMPRISONMENT WILL PROVE TO BE A SHOCK TO THE CONSCOUSE OF THE COURT AND I AM SEEKING TO BE COMPENSATED WITH A JUDGEMENT OF $100,000 FROM EACH OF THE 3 DEFENDANTS. THEY HAVE COLLECTIVELY DESTROYED MY LIFE AND I FEEL THAT THEY SHOULD BE HELD RESPONSIBLE FOR GIVING ME A FRESH START BACK OUT INTO SOCIETY AND LIFE. RORY GAMBRELL MADE A FALSE REPORT AGAINST ME, CAUSING ME TO BE FALSLEY ARRESTED AND IMPRISONED. NORTH CHARLESTON POLICE DEPARTMENT FAILED TO CONDUCT A THOROUGH INVESTIGATION AND ACTED NEGLIGENT IN FALSLEY ARRESTING AND CHARGING ME, AND THE SOLICITOR INFLICTED MALICOUSE PROSECUTION ON ME BY BINDING ME TO THIS CHARGE FOR 4 YEARS WITH ESSENTAILLY NO EVIDENCE, JUST TO DISSMISSE IT. I AM SEEKING A JURY TRIAL IN THIS MATTER FOR JUDGEMENT OF RELIEF FOR THE INJUSTICES THAT HAVE BEEN INFLICTED ON ME.

SIGNATURE: Ashley Ireland
NAME: ASHLEY MICHEAL IRELAND
ADDRESS: CHARLESTON COUNTY DETENTION CENTER
3841 LEEDS AVENUE
NORTH CHARLESTON, SOUTH CAROLINA 29405